**Order filed, October 01, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00444-CV

———————

**RICHARD A. DUNSMORE, Appellant**

**V.**

**BRAD LIVINGTON, ET AL, Appellee**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 77164-I

## ORDER

The reporter's record in this case was due **September 03, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jill Friedrichs**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM